```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NATHAN SPIRA,                                              :
                                                           :
                        Plaintiff,                         :
                                                           :        ORDER
        v.                                                 :
                                                           :        05 CV 88 (NG)(CLP)
ENCORE RECEIVABLE MANAGEMENT,                              :
INC.,                                                      :
                        Defendant.                         :
-----------------------------------------------------------x
```

**GERSHON, United States District Judge:**

The Report and Recommendation of Magistrate Judge Cheryl L. Pollack, dated November 14, 2005, to which no objections were filed, is hereby adopted in its entirety.

Plaintiff's action is dismissed for failure to prosecute.

                                                        **SO ORDERED.**

                                       */s/ Nina Gershon*
                                       **NINA GERSHON**
                                       **United States District Judge**

**Dated: January 13, 2006**
        **Brooklyn, New York**